UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALEXANDER,

Plaintiff,

v.

DAWN HILL-KEARSE and SERGIO JIMENEZ,

Defendants.

No.  2:26-cv-0204-TLN AC PS

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding in this action pro se.  The pretrial proceedings are accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On January 23, 2026, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On January 29, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute.  ECF No. 3.  Plaintiff did not file an amended complaint.  On February 6, 2026, a docket entry stated that court mail sent to plaintiff was returned as undeliverable, and that plaintiff's change of address was due by March 16, 2026.  Plaintiff did not file an updated address.  The undersigned notes that pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."

1

On April 1, 2026, the undersigned ordered plaintiff to show cause no later than April 15, 2026 why this case should not be dismissed for failure to prosecute.  ECF No. 4.  Plaintiff has not responded to the order, nor has he taken any other action in this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 20, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2