UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALEXANDER,<br>Plaintiff,<br>v.<br>DAWN HILL-KEARSE and SERGIO JIMENEZ,<br>Defendants. | No. 2:26-cv-0204-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 20, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 5.) Plaintiff did not file objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned as undeliverable, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2026 (ECF No. 5) are ADOPTED in full; and

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the Court's order.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE